**Order filed December 11, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00844-CR
_____

**TYRONE BERRY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 180th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1019634**

## ORDER

On April 28, 2014, appellant's court-appointed counsel filed a brief in which he concludes the appeal is wholly frivolous and without merit. *See Anders v. California*, 386 U.S. 738 (1967); *Gainous v. State*, 436 S.W.2d 137 (Tex. Crim. App. 1969). Appellant was provided a copy of the record and has been granted three extensions of time to file a pro se response to counsel's *Anders* brief. On December 8, 2014, appellant filed a pro se motion seeking to suspend the application of the rule limiting briefs and responses to 50 pages, which is now found in Texas Rule of Appellate Procedure 9.4(i)(2). *See* Tex. R. App. P. 9.4(i)(2) (amendments eff. Jan. 1, 2014).

We **GRANT** the motion and **ORDER** that appellant may file a pro se response to counsel's *Anders* brief of not more than **65 pages** in length. Appellant's pro se response shall be due **January 12, 2015. No further extensions of time shall be granted.**

PER CURIAM